

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

February 1, 2008

FILED
FEB 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk, United District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3434

CR 08 0084

Re:  Transfer of Our Case No. __2:97CR00984GHK__

Assigned Your Case No. _____

Case Title: __USA V DEXTER WILLIAMS__

MMC

Dear Sir/Madam:

☒ Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☐ Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By __E. Synagogue__ _/s/_
      Deputy Clerk

cc:  Probation Office, Central District of California
     Probation Office, District of Origin

============================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

By __Helen L. Almason__
      Deputy Clerk

FEB 20 2008
Date

---

CR-22 (01/01)                     **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**

**ORIGINAL**

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR97-00984-GHK |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dexter Williams | California | Central |
| | NAME OF SENTENCING JUDGE | |
| | Honorable George H. King | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 11/28/2006 | TO 11/27/2011 |

FILED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| OFFENSE |
|---|
| 18 USC 2113(a)(d) Armed Bank Robbery |

CR 08 0084 MMC

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _CENTRAL_ DISTRICT OF _CALIFORNIA_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __NORTHERN DISTRICT OF CALIFORNIA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/28/08_   _____
Date         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____   _____
Effective Date         United States District Judge